In re the MARRIAGE OF Brant E. FIELDS, Petitioner,

and       .

Joyce K. Fields, Respondent.

No. 89SC325.

Supreme Court of Colorado, En Banc.

Oct. 30, 1989.

Upon consideration of the Motion to Dismiss Writ of Certiorari, or in the Alternative for Extension of Time to File Opening Brief filed by the Petitioner in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Motion to Dismiss Writ of Certiorari shall be, and the same hereby is GRANTED.